**E-filed 4/11/07**

SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WEIZHEN FAN and ZHEMING ZHAO,<br><br>  Plaintiffs,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary;<br>EMILIO T. GONZALEZ, Director, CIS;<br>DAVID STILL, District Director;<br>FRANK SICILIANO, Officer in Charge<br>Department of Homeland Security;<br>ROBERT S. MUELLER, Director<br>Federal Bureau of Investigation;<br><br>  Defendants. | No. C 07-1128 JF<br><br>**STIPULATION TO DISMISS**<br>**and [PROPOSED] ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiffs' applications for naturalization and agree to adjudicate such applications within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

Stip. to Dismiss
C07-1128 JF

1

| | | |
|---|---|---|
| 1 | Date: March 30, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| 3 | | United States Attorney |

/s/

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants


/s/ per fax signature

Date: March ____, 2007

CHRISTINA H. LEE
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   4/6/07

/s/

JEREMY FOGEL
United States District Judge

Stip. to Dismiss
C07-1128 JF

2

1 | Date: March ____, 2007
2 |
3 |
4 |
5 |
6 |
7 |
8 |
9 | Date: March 30, 2007
10|
11|
12|
13|
14| Date:
15|
16|
17|
...
28|

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

_____
CHRISTINA H. LEE
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

_____
JEREMY FOGEL
United States District Judge

Stip. to Dismiss
C07-1128 JF

2